IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAMERON MILLER and THERESA MILLER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO.  1:10-cv-1405-SEB-MJD |
| REDLINE RECOVERY SERVICES, LLC, | ) ) ) | |
| Defendant. | ) | Jury Demanded |

## NOTICE OF DISMISSAL

Plaintiffs, Cameron Miller and Theresa Miller, by counsel, Pursuant to Trial Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby dismiss the above captioned cause of action in its entirety, with prejudice.

                Respectfully submitted,

                NERZ  WALTERMAN, P.C.


                /s/ C. Warren Nerz_____
                C. Warren Nerz, Esq. (16152-49)
                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon Peter A. Velde, KIGHTLINGER & GRAY, LLP , Market Square Center, Suite 600, 151 N. Delaware Street, Indianapolis, Indiana 46204.

/s/ C. Warren Nerz_____
C. Warren Nerz, Esq.

C. Warren Nerz, Esq. (16152-49)
NERZ WALTERMAN, P.C.
5144 East Stop 11 Road
Suite 20
Indianapolis, Indiana  46237
(317) 885-7500