Acknowledged.
Date: 12/29/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| CAMERON MILLER and THERESA MILLER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CAUSE NO. 1:10-cv-1405-SEB-MJD ) |
| REDLINE RECOVERY SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) <u>Jury Demanded</u> |

## NOTICE OF DISMISSAL

Plaintiffs, Cameron Miller and Theresa Miller, by counsel, Pursuant to Trial Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby dismiss the above captioned cause of action in its entirety, with prejudice.

Respectfully submitted,

NERZ WALTERMAN, P.C.

<u>/s/ C. Warren Nerz</u>
C. Warren Nerz, Esq. (16152-49)
Attorney for Plaintiff

1